**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

Otar Toidze,

      Petitioner,

      v.                                                                      Case No. 2:26-cv-02286-BCL-cgc

Christopher Bullock,
Field Office Director of U.S. Immigration
and Customs Enforcement, New Orleans
Field Office,

      Respondent.

**ORDER GRANTING LEAVE TO REPLY**

As a preliminary housekeeping matter, the United States Court of Appeals for the Sixth Circuit has held that the "district director"—now the Field Office Director—for the place of confinement is the proper respondent to a Section 2241 petition filed by an alien challenging his confinement. *See Roman v. Ashcroft*, 340 F.3d 314, 320–21 (6th Cir. 2003). Here, that is now Christopher Bullock, Field Office Director for the New Orleans Field Office, United States Immigration and Customs Enforcement. The Clerk is therefore **DIRECTED** to modify the docket to replace Trinity Minter with Christopher Bullock. *See* Fed. R. Civ. P. 25(d). All other respondents are **DISMISSED.**

The Court had previously granted Petitioner leave to reply to the Respondent's response by March 26th, 2026. Doc. 6. Petitioner has filed a Notice of Filing Error and Motion for Leave to File. Doc. 10 at 1. Petitioner states that technical difficulties prevented timely filing of his response and said issue could not be resolved because filing was attempted after business hours. *Id.* The

Court **GRANTS** the motion. Petitioner is **ORDERED** to file his reply **by close of business today,**

**March 27th, 2026**. Petitioner is advised to submit any further requests for Court action via motion,

as opposed to embedding such requests in other filings.

　　**IT IS SO ORDERED**, this 27th day of March, 2026.

　　　　　　　　　　　　　　　　s/ *Brian C. Lea*
　　　　　　　　　　　　　　　　BRIAN C. LEA
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE